**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keri Sherman, | No. CV-26-02932-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Xenia Hotels and Resorts Incorporated, et al., | |
| Defendants. | |

On May 27, 2026, the Court issued an Order Setting Rule 16 Scheduling Conference, in which the Court set a Rule 16 Scheduling Conference for June 23, 2026 at 3:00 p.m. (Doc. 11.) Plaintiff's counsel, Robert Black and Mark Iodice with the law firm of Morgan & Morgan Arizona LLC, did not attend the Rule 16 Scheduling Conference.

**IT IS THEREFORE ORDERED** that the Rule 16 Scheduling Conference is reset to **June 24, 2026**, at **8:30 a.m.** in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi.

**IT IS FURTHER ORDERED** that, at this hearing, Plaintiff's counsel Robert Black and Mark Iodice must show cause why they and the law firm of Morgan & Morgan Arizona LLC should not be sanctioned in the amount of $10,000, jointly and severally, pursuant to Federal Rule of Civil Procedure 16(f) and the Court's inherent authority.

. . . .

. . . .

. . . .

**IT IS FINALLY ORDERED** that if Plaintiff's counsel does not attend this hearing, the Court will consider dismissing this action for lack of prosecution pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) and the Court's inherent authority.

Dated this 23rd day of June, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge