**MORGAN & MORGAN ARIZONA, LLC**
Mark Iodice (AZ Bar No. 041248)
2355 East Camelback Road, Suite 335
Phoenix, AZ 85016
Mark.iodice@forthepeople.com
Telephone: (602) 627-2132
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keri Sherman, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>Xenia Hotels and Resorts Incorporated, et al.,<br><br>Defendants. | Case No.: 2:26-cv-02932-MTL<br><br>**DECLARATION OF MARK IODICE IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>*(Assigned to the Hon. Michael T. Liburdi)* |

I, Mark Iodice, declare as follows:

1.  I am one of the attorneys for Plaintiff in the above-captioned action. I am licensed to practice law in the State of Arizona (State Bar No. 041248) and am an attorney with Morgan & Morgan Arizona, LLC. The facts set for in this declaration are within my personal knowledge, except where stated on information and belief, and if called as a witness I could and would testify competently to them.

2.  I am admitted to practice before this Court. My admission to the bar of the United States District Court for the District of Arizona was entered last Tuesday, June 16, 2026.

3. This matter was originally assigned within my firm to Robert Black. The matter was reassigned to me, and I assumed responsibility for the file.

4. At the time the matter was reassigned to me, I did not yet have credentials to access this Court's CM/ECF system or PACER. I was granted PACER access for the first time today, on June 23, 2026, at approximately 11:00 a.m.

5. Because I did not have access to the docket until the late morning of June 23, 2026, I did not independently receive or review the Court's notice setting the Scheduling Conference for June 23, 2026 before that conference took place.

6. The Scheduling Conference was set for the morning of June 23, 2026. I did not appear. I understand from the Court's minute entry that no counsel for Plaintiff appeared. I take this lapse seriously and sincerely regret the inconvenience and burden it caused the Court.

7. As the attorney now responsible for this file, I accept responsibility for ensuring that this matter is properly calendared and diligently managed going forward. The failure to appear was not the result of any disregard for this Court, its orders, or its rules, and it was not willful. It occurred during the transition of the file to me and before I had independent access to the docket.

8. Since obtaining access to the docket on June 23, 2026, I have taken steps to ensure this matter proceeds without further.

9. To my knowledge, no party has been prejudiced by the resetting of the Scheduling Conference, and this matter remains on track to proceed in compliance with the Court's deadlines.

10. I, together with Robert Black and Morgan & Morgan Arizona LLC, am committed to ensuring that this does not recur and that this matter proceeds in full compliance with the Court's orders and the Local Rules of this Court.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2026, at Phoenix, Arizona.


By:  */s/ Mark Iodice*
　　　Mark Iodice