**MORGAN & MORGAN ARIZONA, LLC**
Robert F. Black Jr. Esq. (AZ Bar No. 038183)
2355 East Camelback Road, Suite 335
Phoenix, AZ 85016
Robert.black@forthepeople.com
azminutes@forthepeople.com
Telephone: (602) 562-5414
Fax: (602) 627-2162
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keri Sherman, Individually,<br><br>                          Plaintiff,<br><br>vs.<br><br>Xenia Hotels and Resorts Incorporated, et al.,<br><br>                          Defendants. | Case No.: 2:26-cv-02932-MTL<br><br>**DECLARATION OF ROBERT BLACK JR. IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>*(Assigned to the Hon. Michael T. Liburdi)* |

I, Robert F. Black, Jr., declare as follows:

1. I am one of the attorneys for Plaintiff in the above captioned action and an attorney with Morgan & Morgan Arizona, LLC. The facts stated in this declaration are within my personal knowledge, and if called as a witness I could and would testify competently to them.

2. This matter was initially assigned within my firm to me. On June 11, 2026, I was informed that the matter would be reassigned to Mark Iodice, another attorney with the firm.

3. Immediately after learning of the reassignment, I spoke directly with Mr. Iodice about the transition. I specifically advised him that the parties' joint report was due the following day, June 12, 2026.

4. Mr. Iodice advised that he likely would not be able to complete his appearance or substitution before that deadline and asked me to file the joint report so that it would be timely. I agreed and timely filed the joint report on June 12, 2026.

5. As part of the handoff, my litigation assistant provided the support staff for the attorneys assuming responsibility for the matter with copies of the federal docket materials. In the handoff the Court's order setting the Scheduling Conference for June 23, 2026, a copy of that order transmitted to the incoming team's support staff.

6. Based on the reassignment, my direct conversation with Mr. Iodice, and the prompt transmission of the Court's order to the incoming team, I believed that the Scheduling Conference would be calendared and handled by the new team. I did not independently verify that the June 23, 2026 conference had been entered on Mr. Iodice's calendar. I later learned that it had not been.

7. I did not appear at the June 23, 2026 Scheduling Conference because I understood that the matter had been transferred and that the incoming team would handle the conference. I recognize that an internal reassignment did not relieve me of my obligations as counsel of record. I should have personally confirmed both the calendar entry and the completion of the handoff, and I accept responsibility for failing to do so.

8. The failure to appear was not intentional, willful, or undertaken in bad faith, and it did not result from any disregard for the Court or its orders. It resulted from a breakdown in the firm's internal handoff and calendaring process during the transition between attorneys.

9. I sincerely apologize to the Court for the failure to appear and for the inconvenience and burden it caused. I take the matter seriously.

10. The parties' joint report was timely filed before the Scheduling Conference. To my knowledge, no substantive deadline was missed and no party's position was prejudiced by the reset of the conference.

11. Going forward, I will not rely solely on the forwarding of docket materials during an internal transfer. I will personally confirm that each pending hearing and deadline has been entered on the receiving attorney's calendar and acknowledged by the receiving attorney.

12. In light of these circumstances, I respectfully ask the Court to discharge the Order to Show Cause without imposing sanctions.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2026, at Phoenix, Arizona.

By: _/s/ Robert F. Black, Jr._
Robert F. Black, Jr.