Mark Iodice, Esq. (ASB 041248)
**MORGAN & MORGAN ARIZONA LLC**
2355 East Camelback Road, Suite 335
Phoenix, AZ 85016
Email: mark.iodice@forthepeople.com
Email: markiodiceservice@forthepeople.com
Telephone: (602) 627-2132
Fax: (602) 735-0263
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KERI SHERMAN, Individually,<br><br>Plaintiff,<br><br>v.<br><br>XENIA HOTELS & RESORTS, INC.; HYATT HOTELS CORPORATION; HYATT CORPORATION, a foreign for-profit corporation; HYATT MANAGEMENT COMPANY, LLC, a domestic limited liability company; ROYAL PALMS RESORT AND SPA; JOHN DOES I-X and JANE DOES I-X; Individually and/or as Husband and Wife; BLACK CORPORATIONS I-X and WHITE LIMITED PARTNERSHIPS I-X,<br><br>Defendants. | Case No.   2:26-cv-02932-MTL<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to the Honorable Michael T. Liburdi) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Mark Iodice of Morgan & Morgan Arizona, LLC hereby enters

his appearance as counsel of record for Plaintiff Keri Sherman in the above-captioned action.

1

Mr. Iodice is admitted to practice before this Court and is an attorney with Morgan & Morgan Arizona, LLC, which already appears as counsel of record for Plaintiff. This appearance is in addition to, and not in substitution of, Plaintiff's existing counsel of record.

Plaintiff respectfully requests that all pleadings, papers, correspondence, and electronic notices in this matter be directed to Mr. Iodice at the address, telephone, facsimile, and e-mail addresses set forth above.

DATED this 24th day of June, 2026.

MORGAN & MORGAN ARIZONA, LLC


By: /s/ Mark Iodice
Mark Iodice (AZ Bar No. 041248)
2355 E. Camelback Rd., Suite 335
Phoenix, Arizona 85016
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, including the following:

C. Nicole Pelcic
Grace L. Sluga
KLINEDINST PC
2701 E. Camelback Road, Suite 150
Phoenix, Arizona 85016-4324
npelcic@klinedinstlaw.com
gsluga@klinedinstlaw.com
Attorneys for Defendants


/s/  *Wendy De La Pena*

3