Mark Iodice, Esq. (ASB 041248)
**MORGAN & MORGAN ARIZONA LLC**
2355 East Camelback Road, Suite 335
Phoenix, AZ 85016
Email: mark.iodice@forthepeople.com
Email: markiodiceservice@forthepeople.com
Telephone: (602) 627-2132
Fax: (602) 735-0263
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| KERI SHERMAN, Individually, | Case No.   2:26-cv-02932-MTL |
| Plaintiff, |  |
| v. | **NOTICE OF COMPLIANCE** |
| XENIA HOTELS & RESORTS, INC.; HYATT HOTELS CORPORATION; HYATT CORPORATION, a foreign for-profit corporation; HYATT MANAGEMENT COMPANY, LLC, a domestic limited liability company; ROYAL PALMS RESORT AND SPA; JOHN DOES I-X and JANE DOES I-X; Individually and/or as Husband and Wife; BLACK CORPORATIONS I-X and WHITE LIMITED PARTNERSHIPS I-X, | (Assigned to the Honorable Michael T. Liburdi) |
| Defendants. |  |

Pursuant to the Court's Order dated June 25, 2026 (Doc.21), the undersigned hereby notice that the $10,000 sanction imposed by the Order has been paid in full to the Clerk of Court on June 25, 2026, in compliance with the Court's Order.

1

This Notice of Compliance is signed by both Robert Black and Mark Iodice, as required by the Court's Order

DATED this 25th day of June, 2026.

MORGAN & MORGAN ARIZONA, LLC


By: /s/ *Mark Iodice*
Mark Iodice (AZ Bar No. 041248)
2355 E. Camelback Rd., Suite 335
Phoenix, Arizona 85016
Attorney for Plaintiff


By: /s/ *Robert Black*
Robert Black (AZ Bar No. 038183)
2355 E. Camelback Rd., Suite 335
Phoenix, Arizona 85016
Sanctioned Party

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, including the following:

C. Nicole Pelcic
Grace L. Sluga
**KLINEDINST PC**
2701 E. Camelback Road, Suite 150
Phoenix, Arizona 85016-4324
npelcic@klinedinstlaw.com
gsluga@klinedinstlaw.com
Attorneys for Defendants

/s/   Wendy De La Pena

3